**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court

**Date:** 11/21/2025

Kionte Bryant
7527 S Drexel
Chicago, Il 60619

**Letter to Filer:**

**Case Number,** *if applicable*: 25-17940

**Case Name,** *if applicable*: Kionte Bryant

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

- [ ] Unsigned
- [ ] Debtor(s) or Company check unacceptable
- [ ] No fee is required
- [ ] **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

- [ ] Voluntary Petition (Official Form 101 or 201)
- [ ] No form of payment (one of the following is required)
  - Full Filing Fee
  - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
  - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
- [ ] **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**CORRECTION(S) REQUIRED**

- [ ] Alias Summons:

- [ ] Amended Adversary Complaint:

- [ ] Adversary Proceeding Coversheet:

- [ ] Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**DEFICIENCY –** Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☑ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**INFORMATION**

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

**ADDITIONAL INFORMATION:**

Please file an amended Application to Pay Filing Fees in Installments with corrected dates for 2026.

Thank you.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order form can be found on the courts website http://www.ilnb.uscourts.gov under Forms/General Forms, titled Form G-5, Fillable Form Order-Bankruptcy..

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**

**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk    Tara Collins

Contact Number    312-408-5000

Updated: 12/04/2023 (AJ)