**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  KIONTE BRYANT | ) | Case No. 25 B 17940 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:  TIMOTHY A BARNES |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

KIONTE BRYANT                                                                    PRO SE DEBTOR
7527 S DREXEL AVE                                                            ACTING AS OWN ATTORNEY
CHICAGO, IL 60619

PLEASE TAKE  NOTICE that on December 18, 2025 at  9:00 am., I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee for failure to file a plan, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

> **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
>
> **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
>
> **Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Besira Nikolla a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on December 08, 2025.

Thomas H. Hooper                                                                                      /s/ Besira Nikolla
Chapter 13 Trustee                                                                                   _____
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: KIONTE BRYANT | ) | Case No. 25 B 17940 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

**MOTION TO DISMISS CASE FOR FAILURE TO FILE A PLAN**

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c), and in support thereof respectfully states the following:

1. Debtor(s) filed the above captioned case on November 20, 2025.

2. Pursuant to 11 U.S.C. § 1321, "the debtor shall file a plan".

3. Pursuant to Bankruptcy, Rule 3015, "If a plan is not filed with the petition, it shall be filed within 14 days thereafter and such time shall not be furthur extended except for cause shown and on notice as the court may direct."

4. Fourteen days from the date of filing the petition has expired.

5. Debtor(s) has failed to file a plan or request an extension of time in which to file a plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900